**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| **STATE OF DELAWARE**, | ) | |
| | ) | |
| v. | ) | ID No: 2311006703 |
| | ) | |
| **JOSEPH RODRIGUEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

Submitted: December 26, 2024
Decided: January 16, 2025

## ORDER

*Upon Consideration of Defendant's Motion for Sentence Reduction*
**DENIED**

1. Defendant, Joseph Rodriguez, filed the instant Motion for Sentence Reduction on December 26, 2024.[1] Defendant asks the Court to find that he is experiencing extreme circumstances sufficient to reduce his sentence because his father is in the hospital.[2]

2. On August 13, 2024, Defendant pled guilty to Strangulation, Assault Third Degree, and Non-Compliance with Bond Conditions.[3] In accordance with the plea agreement, Defendant was sentenced on October 25, 2024 with Level V incarceration suspended after one (1) year for eighteen (18) months at Level III probation with GPS Monitoring for Strangulation, thirty (30) days at Level

---

[1] Docket Item ("D.I.") 18.
[2] *Id.*
[3] D.I. 17.

V with no subsequent probation for Assault Third Degree, and one (1) year at Level V suspended for one (1) year at Level III probation.[4] The confinement sentences were ordered to run consecutively, and the probation sentences were ordered to run concurrently.[5]

3. Under Superior Court Criminal Rule 35(b), "[t]he court may reduce a sentence of imprisonment on a motion made within 90 days after the sentence is imposed."[6] If the motion is filed later than 90 days after imposition of the sentence, the Court will only consider the motion "in extraordinary circumstances."[7] The Court may consider a sentence reduction motion "without presentation, hearing, or argument."[8]

4. Defendant's sentence was imposed on October 25, 2024, and Defendant filed the instant Motion on December 26, 2024. Therefore, Defendant complies with the 90-day filing period required by Rule 35(b).

5. After reviewing Defendant's Motion, the entire record of the case, and all sentencing information provided, this Court does not find a sentence modification is appropriate.

---

[4] *Id.*
[5] *Id.*
[6] Super. Ct. Crim. R. 35(b).
[7] *Id.*
[8] *Id.*

**IT IS SO ORDERED** that your motion for reduction or modification of sentence is **DENIED**.

/s/ Francis J. Jones, Jr.
Francis J. Jones, Jr., Judge

cc: Original to Prothonotary
    Cassandra Balascak, Deputy Attorney General
    Joseph Rodriguez, *pro se*